OFFICE OF DISCIPLINARY COUNSEL *v.* SENNE.

[Cite as *Disciplinary Counsel v. Senne* (1995), 71 Ohio St.3d 614.]

(No. 94–2307—Submitted January 10, 1995—Decided March 22, 1995.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Richard McCune,* for respondent.

---

*Per Curiam.* Having thoroughly reviewed the record in this case, we agree with the board's findings that respondent violated DR 1–102(A)(5) and (6), 6–101(A)(3), 7–101(A)(2) and Gov.Bar R. VI(1) and (3). We also concur in the recommended sanction. Accordingly, we order that respondent be suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.